

FILED
MAY 13 2021
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  *Plaintiff*,  v.  JEFFREY DYWANE HOLCOMB,  *Defendant*. | Case No.  **21 CR 202 JFH** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**ASSAULT RESULTING IN SERIOUS BODILY INJURY IN INDIAN COUNTRY**
[18 U.S.C. §§ 113(a)(6), 1151 & 1153]

On or about July 12, 2020, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **JEFFREY DYWANE HOLCOMB**, an Indian, did assault D.D., resulting in serious bodily injury in violation of Title 18, United States Code, Sections 113(a)(6), 1151 and 1153.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
Acting United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

*[signature]*
JAMES MONTOYA, TX BAR #24081678
Assistant United States Attorney